LEAD,MAG,Transferred_Out_District

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Galveston)
## CIVIL DOCKET FOR CASE #: 3:20−cv−00376

| | |
|---|---|
| G & H Diversified Manufacturing, LP v. DynaEnergetics Europe GmbH et al | Date Filed: 12/14/2020 |
| Assigned to: Judge Jeffrey V Brown | Jury Demand: Both |
| Referred to: Magistrate Judge Andrew M Edison | Nature of Suit: 830 Patent |
| Related Case: 4:21−cv−01328 | Jurisdiction: Federal Question |
| Cause: 28:2201 Declaratory Judgment | |

**Plaintiff**

**G&H Diversified Manufacturing, LP**     represented by     **Amir H Alavi**
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney St
Ste 2500
Houston, TX 77010−2009
713−655−1101
Email: aalavi@azalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colin Baker Phillips**
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, PC
1221 McKinney
Ste. 2500
Houston, TX 77010
713−655−1101
Email: cphillips@azalaw.com
*ATTORNEY TO BE NOTICED*

**Joshua S Wyde**
Ahmad Zavitsanos Anaipakos Alavi Mensing P.C.
1221 McKinney St.
Suite 2500
Houston, TX 77010
713−600−4923
Fax: 713−655−0062
Email: jwyde@azalaw.com
*ATTORNEY TO BE NOTICED*

**Michael Alexander Killingsworth**
Ahmad Zavitsanos et al
1221 McKinney St
Ste 2500
Houston, TX 77010
713−655−1101
Email: mkillingsworth@azalaw.com
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Michael Dean McBride**<br>Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, PC<br>1221 McKinney Street<br>Suite 2500<br>Houston, TX 77010<br>713−655−1101<br>Fax: 713−655−0062<br>Email: mmcbride@azalaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven Thomas Jugle**<br>Ahmad Zavitsanos et al<br>1221 McKinney St.<br>Ste. 2500<br>Houston, TX 77010<br>713−655−1101<br>Email: sjugle@azalaw.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Todd W Mensing**<br>Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.<br>1221 McKinney Street<br>Suite 2500<br>Houston, TX 77010<br>713−600−4904<br>Fax: 713−655−0062<br>Email: tmensing@azalaw.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Consol Plaintiff**

| | | |
|---|---|---|
| **DynaEnergetics Europe GmbH** | represented by | **Barry Jeff Herman**<br>Womble Bond et al<br>100 Light St<br>26th Floor<br>Baltimore, MD 21202<br>410−545−5830<br>Email: barry.herman@wbd−us.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consol Plaintiff**

| | | |
|---|---|---|
| **DynaEnergetics US, Inc.** | represented by | **Barry Jeff Herman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **DynaEnergetics Europe GmbH** | represented by | **Barry Jeff Herman** <br> Womble Bond et al <br> 100 Light St 26th Fl <br> Baltimore, MD 21202 <br> 410−545−5830 <br> Email: barry.herman@wbd−us.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Megan Charlotte Moore**
Rusty Hardin & Associates, LLP
5 Houston Center
1401 McKinney, Suite 2250
Houston, TX 77010
713−652−9000
Fax: 713−652−9800
Email: mmoore@rustyhardin.com
*ATTORNEY TO BE NOTICED*

**Preston H Heard**
Womble Bond et al
271 17th St NW
Ste 2400
Atlanta, GA 30363
404−888−7366
Email: preston.heard@wbd−us.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terry D Kernell**
Rusty Hardin & Associates, LLP
1401 McKinney Street
Suite 2250
Houston, TX 77010
713−652−9000
Email: tkernell@rustyhardin.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **DynaEnergetics US, Inc.** | represented by | **Barry Jeff Herman** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

**Megan Charlotte Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Preston H Heard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

         **Terry D Kernell**
         (See above for address)
         *ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

Yellow Jacket Oil Tools, LLC    represented by   **Amir H Alavi**
         (See above for address)
         *LEAD ATTORNEY*
         *ATTORNEY TO BE NOTICED*

**Consol Defendant**

G&H Diversified Manufacturing LP    represented by   **Amir H Alavi**
         (See above for address)
         *LEAD ATTORNEY*
         *ATTORNEY TO BE NOTICED*

**Consol Counter Claimant**

Yellow Jacket Oil Tools, LLC    represented by   **Amir H Alavi**
         (See above for address)
         *LEAD ATTORNEY*
         *ATTORNEY TO BE NOTICED*

**Consol Counter Defendant**

DynaEnergetics Europe GmbH    represented by   **Barry Jeff Herman**
         (See above for address)
         *LEAD ATTORNEY*
         *ATTORNEY TO BE NOTICED*

**Consol Counter Defendant**

DynaEnergetics US, Inc.    represented by   **Barry Jeff Herman**
         (See above for address)
         *LEAD ATTORNEY*
         *ATTORNEY TO BE NOTICED*

**Counter Claimant**

DynaEnergetics Europe GmbH    represented by   **Barry Jeff Herman**
         (See above for address)
         *LEAD ATTORNEY*
         *ATTORNEY TO BE NOTICED*

         **Megan Charlotte Moore**
         (See above for address)
         *ATTORNEY TO BE NOTICED*

         **Preston H Heard**
         (See above for address)
         *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**DynaEnergetics US, Inc.**              represented by   **Barry Jeff Herman**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Megan Charlotte Moore**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Preston H Heard**
                                                          (See above for address)
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Yellow Jacket Oil Tools, LLC**         represented by   **Amir H Alavi**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**G&H Diversified Manufacturing, LP**    represented by   **Amir H Alavi**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Colin Baker Phillips**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Joshua S Wyde**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael Alexander Killingsworth**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael Dean McBride**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Steven Thomas Jugle**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Todd W Mensing**
                                                          (See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2020 | 1 | COMPLAINT against DynaEnergetics Europe GmbH, DynaEnergetics US, Inc. (Filing fee $ 402 receipt number 0541–25663814) filed by G&H Diversified Manufacturing, LP. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit 1)(Alavi, Amir) (Entered: 12/14/2020) |
| 12/14/2020 | 2 | Request for Issuance of Summons as to DynaEnergetics US, Inc., filed.(Alavi, Amir) (Entered: 12/14/2020) |
| 12/15/2020 | 3 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 3/11/2021 at 09:30 AM in by video before Magistrate Judge Andrew M Edison(Signed by Judge Jeffrey V Brown) Parties notified.(agould, 3) (Entered: 12/15/2020) |
| 12/15/2020 | 4 | US Patent and Trademark Office Notified. AO 120, filed. (Attachments: # 1 Complaint, # 2 Exhibit, # 3 Civil Cover Sheet) (agould, 3) (Entered: 12/15/2020) |
| 12/15/2020 | 5 | Summons Issued as to All Defendants. Issued summons delivered to plaintiff by NEF, filed.(JessicaVillarreal, 3) (Entered: 12/15/2020) |
| 12/29/2020 | 6 | CERTIFICATE OF INTERESTED PARTIES by G&H Diversified Manufacturing, LP, filed.(Alavi, Amir) (Entered: 12/29/2020) |
| 01/14/2021 | 7 | Request for Issuance of Summons as to DynaEnergetics US, Inc., filed.(Alavi, Amir) (Entered: 01/14/2021) |
| 01/15/2021 | 8 | Summons Issued as to DynaEnergetics US, Inc. c/o National Registered Agents, Inc.. Issued summons delivered to plaintiff by NEF, filed.(JessicaVillarreal, 3) (Entered: 01/15/2021) |
| 01/15/2021 | 9 | Request for Issuance of Summons as to DynaEnergetics Europe GmbH, filed.(Alavi, Amir) (Entered: 01/15/2021) |
| 01/18/2021 | 10 | Summons Issued as to DynaEnergetics Europe GmbH. Issued summons delivered to plaintiff by NEF, filed.(JessicaVillarreal, 3) (Entered: 01/18/2021) |
| 01/19/2021 | 11 | RETURN of Service of SUMMONS Executed as to DynaEnergetics US, Inc. served on 1/15/2021, answer due 2/5/2021, filed.(Alavi, Amir) (Entered: 01/19/2021) |
| 02/04/2021 | 12 | Unopposed MOTION for Extension of Time to Respond to Complaint by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed. Motion Docket Date 2/25/2021. (Attachments: # 1 Proposed Order)(Moore, Megan) (Entered: 02/04/2021) |
| 02/04/2021 | 13 | ***Docketed In Error*** (JessicaVillarreal, 3). (Entered: 02/04/2021) |
| 02/04/2021 | 14 | NOTICE of Resetting. Parties notified. Initial Conference reset for 3/11/2021 at 08:30 AM in by video before Magistrate Judge Andrew M Edison, filed. (JessicaVillarreal, 3) (Entered: 02/04/2021) |
| 02/05/2021 | 15 | NOTICE of Appearance by Joshua S. Wyde on behalf of G&H Diversified Manufacturing, LP, filed. (Wyde, Joshua) (Entered: 02/05/2021) |
| 02/12/2021 | 16 | MOTION to Dismiss *or, Alternatively, to Transfer to the Western District of Texas* by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed. Motion Docket Date 3/5/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Proposed Order)(Moore, Megan) (Entered: 02/12/2021) |
| 02/23/2021 | 17 | ORDER granting 12 Motion for Extension of Time Responses due by 3/8/2021..(Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 02/23/2021) |

| | | |
|---|---|---|
| 02/25/2021 | 18 | NOTICE of Appearance by Steven Jugle on behalf of G&H Diversified Manufacturing, LP, filed. (Jugle, Steven) (Entered: 02/25/2021) |
| 03/01/2021 | 19 | CERTIFICATE OF INTERESTED PARTIES by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed.(Moore, Megan) (Entered: 03/01/2021) |
| 03/01/2021 | 20 | ORDER. Re: Initial Scheduling Conference set at 8:30 a.m. on Thursday, March 11, 2021(by Zoom). (Signed by Magistrate Judge Andrew M Edison) Parties notified.(ltrevino, 3) (Entered: 03/01/2021) |
| 03/04/2021 | 21 | MOTION for Barry J. Herman to Appear Pro Hac Vice by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed. Motion Docket Date 3/25/2021. (Moore, Megan) (Entered: 03/04/2021) |
| 03/04/2021 | 22 | MOTION for Preston H. Heard to Appear Pro Hac Vice by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed. Motion Docket Date 3/25/2021. (Moore, Megan) (Entered: 03/04/2021) |
| 03/04/2021 | 23 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by G&H Diversified Manufacturing, LP, filed. (Attachments: # 1 Proposed Order Exhibit A – Plaintiff's Proposed Schedule and Defendants' Proposed Schedule, # 2 Proposed Order Exhibit B – Plaintiff's Proposed Discovery Order, # 3 Proposed Order Exhibit C – Plaintiff's Proposed Protective Order, # 4 Proposed Order Exhibit D – Standard E–Discovery Order)(Alavi, Amir) (Entered: 03/04/2021) |
| 03/05/2021 | 24 | ORDER granting 21 Motion for Barry J. Herman to Appear Pro Hac Vice.(Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 03/05/2021) |
| 03/05/2021 | 25 | ORDER granting 22 Motion for Preston H. Heard to Appear Pro Hac Vice.(Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 03/05/2021) |
| 03/05/2021 | 26 | NOTICE of Appearance by Michael Killingsworth on behalf of G&H Diversified Manufacturing, LP, filed. (Killingsworth, Michael) (Entered: 03/05/2021) |
| 03/05/2021 | 27 | RESPONSE in Opposition to 16 MOTION to Dismiss *or, Alternatively, to Transfer to the Western District of Texas*, filed by G&H Diversified Manufacturing, LP. (Attachments: # 1 Exhibit 1 – Declaration of John Kaiser, # 2 Exhibit 2 – Declaration of Steven Jugle, # 3 Exhibit A to Declaration of Steven Jugle, # 4 Exhibit B to Declaration of Steven Jugle, # 5 Exhibit C to Declaration of Steven Jugle, # 6 Exhibit D to Declaration of Steven Jugle, # 7 Exhibit E to Declaration of Steven Jugle, # 8 Exhibit F to Declaration of Steven Jugle, # 9 Exhibit G to Declaration of Steven Jugle, # 10 Exhibit H to Declaration of Steven Jugle, # 11 Exhibit I to Declaration of Steven Jugle, # 12 Exhibit J to Declaration of Steven Jugle, # 13 Exhibit K to Declaration of Steven Jugle, # 14 Exhibit L to Declaration of Steven Jugle, # 15 Exhibit M to Declaration of Steven Jugle, # 16 Exhibit N to Declaration of Steven Jugle, # 17 Exhibit O to Declaration of Steven Jugle, # 18 Exhibit P to Declaration of Steven Jugle, # 19 Exhibit Q to Declaration of Steven Jugle, # 20 Proposed Order)(Alavi, Amir) (Entered: 03/05/2021) |
| 03/08/2021 | 28 | ANSWER to 1 Complaint with Jury Demand, COUNTERCLAIM against G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Moore, Megan) (Entered: 03/08/2021) |
| 03/09/2021 | 29 | Unopposed MOTION for Extension of Time Reply in Support of Defendants' Motion to Dismiss or Transfer Venue by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed. Motion Docket Date 3/30/2021. (Attachments: # 1 Proposed Order Proposed Order)(Kernell, Terry) (Entered: 03/09/2021) |
| 03/11/2021 | | |

|  |  |  |
|---|---|---|
|  |  | Minute entry for proceedings before Magistrate Judge Andrew M. Edison. Initial conference held on March 11, 2021. The court and parties conferred and the court set out a schedule for the case. The scheduling order will be entered separately. Appearances:Stephanie Nguyen. Barry Jeff Herman, Preston H Heard, Terry D Kernell, Steven Thomas Jugle, Amir H Alavi. (Court Reporter: L. Wells), filed. (wbostic, 4) (Entered: 03/11/2021) |
| 03/12/2021 | 30 | ORDER granting 29 Motion for Extension of Time; Motion–related deadline set re: 16 MOTION to Dismiss *or, Alternatively, to Transfer to the Western District of Texas*. Replies due by 3/19/2021.(Signed by Magistrate Judge Andrew M Edison) Parties notified.(ltrevino, 3) (Entered: 03/12/2021) |
| 03/12/2021 | 31 | DISCOVERY ORDER. (Signed by Magistrate Judge Andrew M Edison) Parties notified.(ltrevino, 3) (Entered: 03/12/2021) |
| 03/12/2021 | 32 | PROTECTIVE ORDER. (Signed by Magistrate Judge Andrew M Edison) Parties notified.(ltrevino, 3) (Entered: 03/12/2021) |
| 03/12/2021 | 33 | DOCKET CONTROL ORDER THROUGH MARKMAN. (Signed by Magistrate Judge Andrew M Edison) Parties notified.(ltrevino, 3) (Entered: 03/12/2021) |
| 03/12/2021 | 34 | STANDARD E–DISCOVERY ORDER. (Signed by Magistrate Judge Andrew M Edison) Parties notified.(ltrevino, 3) (Entered: 03/12/2021) |
| 03/19/2021 | 35 | REPLY in Support of 16 MOTION to Dismiss *or, Alternatively, to Transfer to the Western District of Texas*, filed by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Herman, Barry) (Entered: 03/19/2021) |
| 03/19/2021 | 36 | DECLARATION of Stephanie Nguyen re: 35 Reply in Support of Motion, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Herman, Barry) (Entered: 03/19/2021) |
| 03/25/2021 | 37 | ANSWER to 28 Answer to Complaint,, Counterclaim, by Yellow Jacket Oil Tools, LLC, filed.(Alavi, Amir) (Entered: 03/25/2021) |
| 03/25/2021 | 38 | SURREPLY to 16 MOTION to Dismiss *or, Alternatively, to Transfer to the Western District of Texas*, filed by G&H Diversified Manufacturing, LP. (Attachments: # 1 Affidavit Declaration of S. Jugle, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J)(Alavi, Amir) (Entered: 03/25/2021) |
| 03/29/2021 | 39 | DynaEnergetics Letter to Hon. Judge Brown by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed.(Herman, Barry) (Entered: 03/29/2021) |
| 03/30/2021 | 40 | RESPONSE to 39 Document *Letter to Judge Brown*, filed by G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC. (Alavi, Amir) (Entered: 03/30/2021) |
| 04/01/2021 | 41 | REPLY to 40 Response *Letter to Hon. Judge Brown*, filed by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Herman, Barry) (Entered: 04/01/2021) |
| 04/13/2021 | 42 | AO 435 TRANSCRIPT REQUEST by Terry D. Kernell for Transcript of Initial Conference on 3/11/21 before Magistrate Judge Andrew M. Edison. 14–Day turnaround requested. Court Reporter/Transcriber: Laura Wells, filed. (Kernell, Terry) (Entered: 04/13/2021) |
| 04/19/2021 | 43 | ANSWER to 28 Answer to Complaint,, Counterclaim, by G&H Diversified Manufacturing, LP, filed.(Alavi, Amir) (Entered: 04/19/2021) |
| 04/23/2021 | 44 | TRANSCRIPT re: Initial Conference held on March 11, 2021 before Magistrate Judge Andrew M Edison. Court Reporter/Transcriber Laura Wells. Ordering Party Mr. Terry Kernell Release of Transcript Restriction set for 7/22/2021., filed. (lwells, ) (Entered: 04/23/2021) |

| | | |
|---|---|---|
| 04/23/2021 | 45 | AO 435 TRANSCRIPT REQUEST by G & H Diversified Manufacturing/Amir Alavi for Transcript of Initial Conference on 03/11/2021 before Judge Andrew M. Edison. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: Laura Wells, filed. (Alavi, Amir) (Entered: 04/23/2021) |
| 04/26/2021 | 46 | Notice of Filing of Official Transcript as to 44 Transcript. Party notified, filed. (lusmith, 3) (Entered: 04/26/2021) |
| 06/10/2021 | 47 | Joint MOTION for Protective Order by G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC, filed. Motion Docket Date 7/1/2021. (Attachments: # 1 Protective Order)(Alavi, Amir) (Entered: 06/10/2021) |
| 06/14/2021 | 48 | MOTION for Extension of Time for Third−Party Defendants Schlumberger Limited and Schlumberger Technology Corporation to respond to Plaintiffs Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action by G&H Diversified Manufacturing, LP, filed. Motion Docket Date 7/6/2021. (Attachments: # 1 Proposed Order)(Alavi, Amir) (Entered: 06/14/2021) |
| 06/15/2021 | 49 | ORDER granting 47 Motion for Protective Order.(Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 06/15/2021) |
| 06/15/2021 | 50 | ORDER granting 48 Motion for Extension of Time.(Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 06/15/2021) |
| 07/08/2021 | 51 | Joint Claim Construction Statement by G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC, filed.(Alavi, Amir) (Entered: 07/08/2021) |
| 07/08/2021 | 52 | Opposed SEALED MOTION *For Leave to File First Amended Complaint for Declaratory Judgment* by G&H Diversified Manufacturing, LP, filed. (Attachments: # 1 Proposed Order, # 2 Affidavit Declaration of Louis Liao, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F) (Alavi, Amir) (Entered: 07/08/2021) |
| 07/28/2021 | 53 | Unopposed MOTION for Extension of Time to Respond to Plaintiff's Motion for Leave to File First Amended Complaint for Declaratory Judgment by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed. Motion Docket Date 8/18/2021. (Attachments: # 1 Proposed Order)(Moore, Megan) (Entered: 07/28/2021) |
| 07/29/2021 | 54 | ORDER granting 53 Motion for Extension of Time Responses due by 8/12/2021..(Signed by Judge Jeffrey V Brown) Parties notified.(GeorgeCardenas, 4) (Entered: 07/29/2021) |
| 08/12/2021 | 55 | SEALED RESPONSE re: 52 Opposed SEALED MOTION *For Leave to File First Amended Complaint for Declaratory Judgment* by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Moore, Megan) (Entered: 08/12/2021) |
| 08/12/2021 | 56 | Letter to Honorable Judge Brown regarding Special Master and Experts for Markman by G&H Diversified Manufacturing, LP, filed.(Alavi, Amir) (Entered: 08/12/2021) |
| 08/12/2021 | 57 | G&H's Technical Tutorial by G&H Diversified Manufacturing, LP, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Alavi, Amir) (Entered: 08/12/2021) |
| 08/12/2021 | 58 | Written Technology Tutorial by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed.(Herman, Barry) (Entered: 08/12/2021) |
| 08/18/2021 | 59 | ORDER REFERRING CASE to Magistrate Judge Andrew M Edison(Signed by Judge Jeffrey V Brown) Parties notified.(ltrevino, 3) (Entered: 08/18/2021) |

| | | |
|---|---|---|
| 08/19/2021 | 60 | NOTICE of Setting. Parties notified. Status Conference set for 8/25/2021 at 10:00 AM by video before Magistrate Judge Andrew M Edison, filed. (wbostic, 4) (Entered: 08/19/2021) |
| 08/19/2021 | 61 | Unopposed MOTION for Extension of Time to Reply to Plaintiff's Motion for Leave to File First Amended ComplaintMotions referred to Andrew M Edison. by G&H Diversified Manufacturing, LP, filed. Motion Docket Date 9/9/2021. (Attachments: # 1 Proposed Order)(Alavi, Amir) (Entered: 08/19/2021) |
| 08/19/2021 | 62 | ORDER granting 61 Motion for Extension of Time.(Signed by Magistrate Judge Andrew M Edison) Parties notified.(ltrevino, 3) (Entered: 08/20/2021) |
| 08/23/2021 | 63 | SEALED REPLY re: 52 Opposed SEALED MOTION *For Leave to File First Amended Complaint for Declaratory Judgment*, 55 Sealed Response, by G&H Diversified Manufacturing, LP, filed. (Attachments: # 1 Affidavit Declaration of Joshua Wyde, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit I, # 5 Exhibit J, # 6 Exhibit K, # 7 Exhibit L, # 8 Exhibit M, # 9 Exhibit N, # 10 Exhibit O) (Alavi, Amir) (Entered: 08/23/2021) |
| 08/24/2021 | 64 | NOTICE of Resetting as to 60 Notice of Setting/Resetting FORM – CV. Parties notified. Status Conference reset for 8/26/2021 at 10:00 AM in by video before Magistrate Judge Andrew M Edison, filed. (agould, 3) (Entered: 08/24/2021) |
| 08/24/2021 | 65 | Opposed MOTION to Stay Motions referred to Andrew M Edison. by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed. Motion Docket Date 9/14/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Proposed Order)(Moore, Megan) (Entered: 08/24/2021) |
| 08/24/2021 | 66 | Opposed MOTION to Dismiss *Its Claims Against Yellow Jacket with Prejudice* Motions referred to Andrew M Edison. by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed. Motion Docket Date 9/14/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Proposed Order)(Moore, Megan) (Entered: 08/24/2021) |
| 08/25/2021 | 67 | NOTICE of Resetting re: 64 Notice of Resetting. Parties notified. Status Conference reset for 8/26/2021 at 02:00 PM by video before Magistrate Judge Andrew M Edison, filed. (wbostic, 4) (Entered: 08/25/2021) |
| 08/25/2021 | 68 | STIPULATION re: Extend Deadline by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed.(Moore, Megan) (Entered: 08/25/2021) |
| 08/26/2021 | 69 | Joint MOTION to Stay Motions referred to Andrew M Edison. by G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC, filed. Motion Docket Date 9/16/2021. (Attachments: # 1 Proposed Order)(Alavi, Amir) (Entered: 08/26/2021) |
| 08/26/2021 |  | Minute Entry for proceedings held before Magistrate Judge Andrew M Edison on August 26, 2021. Status Conference held. The Court made the following rulings: The case will be stayed and administratively closed. Separate order to follow. Appearances: Amir Alavi for the plaintiff; Barry Herman and Megan Moore for defendant DynaEnergetics Europe GmbH. (Court Reporter: L. Wells), filed. (wbostic, 4) (Entered: 08/26/2021) |
| 08/26/2021 | 70 | ORDER granting 69 Motion to Stay.(Signed by Magistrate Judge Andrew M Edison) Parties notified.(agould, 3) (Entered: 08/26/2021) |
| 09/28/2021 | 71 | NOTICE *G&H Diversified Manufacturing, LP's Notice of Federal Circuit Ruling on Petition for Mandamus* re: 70 Order on Motion to Stay by G&H Diversified Manufacturing, LP, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Alavi, Amir) (Entered: 09/28/2021) |
| 09/28/2021 | 72 | NOTICE *of Joinder in Request to Sever Yellow Jacket Claims and Transfer G&H Claims to the Western District of Texas* by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., filed. (Moore, Megan) (Entered: 09/28/2021) |

| | | |
|---|---|---|
| 09/28/2021 | 73 | NOTICE of Setting. Parties notified. Status Conference set for 10/1/2021 at 10:00 AM by video before Magistrate Judge Andrew M Edison, filed. (rcastro, 4) (Entered: 09/28/2021) |
| 10/01/2021 | 74 | AO 435 TRANSCRIPT REQUEST by Megan C. Moore for Transcript of Status Conference on 10/01/2021 before Magistrate Judge Andrew M. Edison. Ordinary (30 days) turnaround requested. Court Reporter/Transcriber: Laura Wells, filed. (Moore, Megan) (Entered: 10/01/2021) |
| 10/01/2021 | Ï | Minute Entry for proceedings held before Magistrate Judge Andrew M Edison on October 01, 2021. A status conference was held to discuss consolidation, severance, and dismissal issues. The parties will get together and jointly submit proposed orders as discussed on the record. Appearances: Amir Alavi, Colin B. Phillips, Steven Jugle, Scott Clark for Plaintiffs, Megan Moore, Barry Herman, Jason Rockman and Christy Dupriest for Defendants.(Court Reporter: L. Wells), filed.(rcastro, 4) (Entered: 10/01/2021) |
| 10/05/2021 | 75 | ORDER TO CONSOLIDATE CASES: Lead Case No. 3:20−cv−00376 and Member Case No. 3:20−cv−00240; granted. ORDERED Stay granted in this case (Dkt. 70) is lifted; ORDERED all claims between DynaEnergetics EuropeGmbH and DynaEnergetics US, Inc., on one side, and G&H DiversifiedManufacturing, LP, on the other side, are severed, and transferred to the Western District of Texas for consolidation with the action pending before Judge Alan Albright in DynaEnergetics Europe GmbH et al. v. G&H DiversifiedManufacturing, LP, No. 6:20−cv−1110−ADA (W.D. Tex.)); ORDERED that the claims between DynaEnergetics EuropeGmbH, DynaEnergetics US, Inc. and Yellow Jacket Oil Tools, LLC remain pending in this consolidated case. (Signed by Magistrate Judge Andrew M Edison) Parties notified.(rcastro, 4) (Entered: 10/05/2021) |
| 10/06/2021 | Ï | Interdistrict transfer to Western District of Texas of all claims between DynaEnergetics Europe GmbH and DynaEnergetics US, Inc., on one side, and G&H Diversified Manufacturing, LP, on the other side. Case transferred electronically. (ltien, 4) (Entered: 10/06/2021) |